UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DARLIN DAVILA-GUIDO, | No. 5:26-cv-02771-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FERETI SEMAIA, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) granted, in part, with Respondents ORDERED to immediately release Petitioner Darlin Davila-Guido (A# 243 098 529) from custody, subject to her preexisting parole conditions, and return belongings taken on March 3, 2026; and (2) denied and dismissed without prejudice in all other respects.

Dated: June 1, 2026

_____
JOHN D. EARLY
United States Magistrate Judge